P.D.R Case no
01-12-00921-CR

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 15 2015

Abel Acosta, Clerk

To who Concerning,
This Is my PDR, Romlee Bryant
Caus. No 1338550-C 338th District
Court. of aggravated assault of a family
Member see TEX Penal Code ANN 22.02(A)
west supp) 2013) they say I was found on
using a deadly weapon a Ceramic Plate
at that time it was not use as a deadly
weapon Bryant Pleaded true to hitting
his wife not mean to hurt or cut her at
that time sir what I saying now the
Crime don't fit time and they enhancement
me twice, that by the Supreme Court
found it unlawful they us my Enhancement
I have Court of appeals No 01-12-00921-CR
we they say they use the enhancement and
on my endichment, And Allso would argue
that I didn't and I do have a Medical descrip
tion, Hypertension & Post-traumatic from
the us marines corp stress disorder I dint
understand what was going on with the
Courts, I suppose to have my trial In
a V.A. Mental Court under Rule 609
of the Texas Rules of Criminal Evidence
the Court Has discretion to admit or
deny admission of those Prior Base
on whether the Court feels like the
Probative Value is out weighed By the
Prejudicial effect, or vice versa.
If you combine that with these and the
the 2 Prongs they are tested In their number
two Being the Value of the way they
-Enhancement him, By Reading this
you find it was unlawful for what they
done.

FILED IN
COURT OF CRIMINAL APPEALS

JUL 15 2015

Abel Acosta, Clerk